**COHEN JOHNSON**
H. STAN JOHNSON, ESQ.
Nevada Bar No. 265
sjohnson@cohenjohnson,com
KEVIN M. JOHNSON, ESQ.
Nevada Bar No. 14551
kjohnson@cohenjohnson.com
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 891196
Telephone: (702) 823-3500
Facsimile: (702) 823-3400
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ABIGAIL RATCHFORD, ARIANNY CELESTE LOPEZ, EVA PEPAJ, INA SCHNITZER a/k/a JORDAN CARVER, LUCY PINDER, RHIAN SUGDEN, SANDRA VALENCIA, DENISE MILANI, a/k/a DENISE TRLICA, HILLARY HEPNER, and JESSICA HINTON a/k/a JESSA HINTON,<br><br>Plaintiffs,<br><br>vs.<br><br>CVSM, LLC d/b/a CENTERFOLDS CABARET,<br><br>Defendant. | Case No.:    2:19-cv-01926-GMN-EJY<br><br>**STIPULATION AND ORDER TO RESCHEDULE HEARING** |

COMES NOW, Plaintiffs, by and through their counsel of record, David M. Sexton, Esq. and Defendant, by and through their counsel of record Kevin M. Johnson, Esq. of the firm Cohen Johnson respectfully submit the following stipulation requesting that the Court reschedule the hearing currently set for Thursday, September 24th, 2020 at 1:30 pm to a time beyond September 28th, 2020, based upon the Court's calendar as Counsel for Plaintiff has a conflict and counsel for Defendant will be traveling.

| **ALVERSON TAYLOR & SANDERS** | **COHEN JOHNSON PARKER EDWARDS** |
|---|---|
| /s/ David M. Sexton | /s/ Kevin M. Johnson |
| KURT R. BONDS, ESQ.<br>DAVID M. SEXTON, ESQ.<br>6605 Grand Montecito Parkway, Suite 200 | H. STAN JOHNSON, ESQ.<br>KEVIN M. JOHNSON, ESQ.<br>375 E. Warm Springs Road, Suite 104 |

| | |
|---|---|
| Las Vegas, NV 89149 | Las Vegas, Nevada 89119 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

**ORDER**

Upon stipulation by counsel for the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the telephonic hearing currently scheduled for September 24th, 2020 at 1:30 pm, is here by rescheduled to October 5, 2020 at 11:00 a.m.

All Parties are instructed to call the Audio Conference Line at (888) 251-2909, access code 7771745, five (5) minutes prior to the hearing time. Please remain on the line until such time as the Court joins the call and convenes the proceedings. The use of a cell phone or speaker phone during the call is prohibited. The call must be made using a land line.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 22, 2020