**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ABIGAIL RATCHFORD, ARIANNY CELESTE LOPEZ, EVA PEPAJ, INA SCHNITZER a/k/a JORDAN CARVER, LUCY PINDER, RHIAN SUGDEN, SANDRA VALENCIA, DENISE MILANI a/k/a DENISE TRLICA, HILLARY HEPNER, and JESSICA HINTON a/k/a JESSA HINTON<br><br>Plaintiffs,<br>vs.<br><br>CVSM LLC d/b/a CENTERFOLDS CABARET<br><br>Defendant. | Case No. 2:19-cv-01926-GMN-EJY<br><br>**REQUEST FOR SETTLEMENT CONFERENCE**<br><br>**AND**<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (THIRD REQUEST)** |

COME NOW, Plaintiffs, by and through their counsel of record, David M. Sexton, Esq. of the law firm Alverson Taylor & Sanders, and Defendant, by and through their counsel of record Kevin M. Johnson, Esq. of the firm Cohen Johnson, and respectfully submit the following stipulation requesting a settlement conference with the Magistrate Judge pursuant to LR 16-5. This stipulation also includes a request for an extension of discovery-related deadlines while the Parties prepare for and participate in the settlement conference. And pursuant to LR 26-3 shows there is good cause to extend the discovery deadlines, as outlined below.

1

KRB/26483

# I.

# INTRODUCTION

This case is a dispute that revolves around the alleged misappropriation of Plaintiffs' images by Defendant. The Parties have completed significant discovery in this matter and now feel that their best interests will be served by participating in a Settlement Conference with the Magistrate Judge. The Parties have been engaged in ongoing settlement negotiations and feel that at this time participation in a Settlement Conference is likely to help them reach a resolution to this matter. To accommodate this Request for a Settlement Conference, the Parties also agree that there is good cause to extend the discovery deadlines until after the settlement conference, and that such an extension is in everyone's best interests.

# II.

# REQUEST FOR SETTLEMENT CONFERENCE

As mentioned above, the Parties have been engaged in ongoing settlement discussions and have completed significant discovery in this matter. The Parties believe they have the potential to settle this matter without further litigation, and they agree that before all Parties expend more time and resources engaging in expert discovery, they feel that a Settlement Conference may help them reach a settlement in this matter. The Parties have discussed potential dates and are available for a Settlement Conference on the following dates:

- February 25, 2021
- February 26, 2021

The Parties provide these dates to let the Court know some of their general availability. However, the Parties realize the Court handles many cases and may not be able to accommodate either of these dates. If that is the case the Parties would request that the Court set this matter for a settlement conference at the Court's earliest availability after February 26, 2021. Based on the

KRB/26483

foregoing, the Parties respectfully request that the Court set this matter for a Settlement Conference pursuant to LR 16-5.

## III.

## **DISCOVERY STATUS**

The Court entered a stipulated discovery plan and scheduling order in this matter on January 31, 2020. *See* ECF No. 11. Then on August 27, 2020, the Court granted the Parties' first request, submitted via stipulation, to extend the discovery deadlines in this matter. *See* ECF No. 23. On December 18, 2020, the Court granted the Parties' second request to extend discovery. *See* ECF No. 33. The new discovery deadlines adopted by the Court at that time were as follows:

| | |
|---|---|
| Expert Disclosure Deadline: | February 22, 2021 |
| Rebuttal Expert Disclosures: | March 24, 2021 |
| Discovery Cutoff | April 23, 2021 |
| Deadline to File Dispositive Motions | May 24, 2021 |

## IV.

## **DISCOVERY THAT HAS BEEN COMPLETED**

1. Initial Disclosures by both Parties
2. Plaintiffs' First Sets of Interrogatories to Defendant
3. Plaintiffs' First Sets of Requests for Production of Documents to Defendant
4. Defendant's Answers to Plaintiffs' First Sets of Interrogatories
5. Defendant's Responses to Plaintiffs' First Sets of Requests for Production
6. Defendant's First Sets of Interrogatories to Plaintiffs
7. Defendant's First Set of Requests for Production of Documents to Plaintiffs
8. Plaintiffs' Answers to Defendant's First Sets of Interrogatories

3

KRB/26483

9. Plaintiffs' Responses to Defendant's First Set of Requests for Production of Documents

10. A discovery motion filed by Defendant

11. Plaintiffs' First Supplement to Answers to Defendant's First Sets of Interrogatories

12. Plaintiffs' First Supplement to Responses to Defendant's First Set of Requests for Production of Documents

13. Plaintiffs have supplemented their Initial Disclosures

14. Defendant has taken the depositions of all Plaintiffs

15. Defendant has served a third-party subpoena requesting documents from a non-party

## V.

## DISCOVERY THAT REMAINS TO BE COMPLETED

Plaintiffs have set the deposition of Defendant's 30(b)(6) designee for February 11, 2021. If the Parties are unable to reach a settlement at the settlement conference requested herein, they will also need to have their experts complete their analysis and reports and the Parties anticipate they may need to depose those experts.

## VI.

## REASONS WHY EXTENSION IS REQUIRED

In this stipulation the Parties have requested a settlement conference with the Magistrate Judge. The Parties have been engaged in ongoing settlement negotiations and believe that a settlement conference may help them reach a resolution in this matter. With the discovery that has been conducted, the Parties feel that they have the information needed to evaluate this case and engage in a productive settlement conference. In an effort to conserve resources and promote

4

KRB/26483

the economical use of the Parties' and their respective counsels' time, the Parties agree that extending the discovery deadlines until after the completion of the requested settlement conference is in everyone's best interest and provides good cause for the requested extension. The Parties affirm that this extension is sought in good faith and is not intended for the purpose of delay or any other improper purpose.

## VII.

## **PROPOSED SCHEDULE**

The Parties agree that the previously set deadlines should be extended until after the Parties have been able to participate in a settlement conference with the Magistrate Judge. The Parties agree that the deadlines should be extended as follows:

| | |
|---|---|
| Expert Disclosure Deadline: | 30 days after the completion of the requested settlement conference |
| Rebuttal Expert Disclosures: | 30 days after the deadline for initial disclosures of experts |
| Discovery Cutoff: | 30 days after the deadline for rebuttal expert disclosures |
| Deadline to File Dispositive Motions | 30 days after the close of discovery |

DATED this 9th day of February, 2020.          DATED this 9th day of February 2020.

**ALVERSON TAYLOR & SANDERS**          **COHEN JOHNSON**


*/s/ David M. Sexton*          */s/ Kevin M. Johnso*
KURT R. BONDS, ESQ.          H. STAN JOHNSON, ESQ.
DAVID M. SEXTON, ESQ.          KEVIN M. JOHNSON, ESQ.
6605 Grand Montecito Parkway, Suite 200          375 E. Warm Springs Road, Suite 104
Las Vegas, NV 89149          Las Vegas, Nevada 89119
*Attorneys for Plaintiffs*          *Attorneys for Defendant*

/ / /

/ / /

5

KRB/26483

## ORDER

Upon stipulation of counsel, and for good cause as outlined above, the Court grants the foregoing Request for Settlement Conference. **The Court will issue a separate order scheduling the settlement conference.**

This Court also finds good cause for, and grants, the Parties' stipulation to extend the discovery deadlines and orders that the previously set deadlines should be extended until after the Settlement Conference, as stated below:

| | |
|---|---|
| Expert Disclosure Deadline: | 30 days after the completion of the requested settlement conference |
| Rebuttal Expert Disclosures: | 30 days after the deadline for initial disclosures of experts |
| Discovery Cutoff: | 30 days after the deadline for rebuttal expert disclosures |
| Deadline to File Dispositive Motions: | 30 days after the close of discovery |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 10, 2021

N:\CLIENTS\26400\26483\pleading\SAO Settlement Conference and 3rd Request to Extend.docx