**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ABIGAIL RATCHFORD, ARIANNY CELESTE LOPEZ, EVA PEPAJ, INA SCHNITZER a/k/a JORDAN CARVER, LUCY PINDER, RHIAN SUGDEN, SANDRA VALENCIA, DENISE MILANI a/k/a DENISE TRLICA, HILLARY HEPNER, and JESSICA HINTON a/k/a JESSA HINTON<br><br>Plaintiffs,<br><br>vs.<br><br>CVSM LLC d/b/a CENTERFOLDS CABARET<br><br>Defendant. | Case No. 2:19-cv-01926-GMN-EJY<br><br>**STIPULATION AND ORDER TO ALLOW PLAINTIFF REPRESENTATIVE TO REPRESENT ALL PLAINTIFFS AT SETTLEMENT CONFERENCE** |

COME NOW, Plaintiffs, by and through their counsel of record, David M. Sexton, Esq. of the law firm Alverson Taylor & Sanders, and Defendant, by and through their counsel of record Kevin M. Johnson, Esq. of the firm Cohen Johnson, and respectfully submit the following stipulation requesting that the Court allow one Plaintiff with settlement authority to represent all

1                                                                          KRB/26483

named Plaintiffs in this matter at the Settlement Conference currently scheduled for March 18, 2021 at 9:00 AM.

## I.

## INTRODUCTION

This case is a dispute that revolves around the alleged misappropriation of Plaintiffs' images by Defendant. The Parties have completed significant discovery in this matter and submitted a stipulated request for a Settlement Conference to this Court on February 9, 2021. *See* ECF No. 36. The Court granted that request and scheduled this matter for a Settlement Conference on March 18, 2021 at 9:00 AM. *See* ECF No. 39. The Parties have discussed and agree that allowing the Plaintiffs to nominate one Plaintiff to represent all Plaintiffs at the Settlement Conference will allow the Settlement Conference to proceed in a timely and efficient manner. Pursuant to the agreement of the Parties regarding allowing one Plaintiff to represent all Plaintiffs at the Settlement Conference, the Parties submit this stipulation to the Court to request the Court's approval of this agreement and to allow one Plaintiff to appear at the Settlement Conference to represent all Plaintiffs.

## II.

## PARTICIPATION IN SETTLEMENT CONFERENCE

The Court granted the Parties' stipulated request for Settlement Conference on February 10, 2021. *See* ECF Nos. 39 & 40. In the Court's Order Setting Settlement Conference, the Court stated the following: "Unless the Court orders otherwise, all parties must appear by Zoom at 9:00 a.m. on March 18, 2021 for the duration of the settlement conference." ECF No. 40. Following the entry of this Order, counsel for all Parties conferred and it was agreed between all Parties and their respective counsel that, if the Court would permit it, Plaintiffs would be represented by a

2

KRB/26483

single Plaintiff at the Settlement Conference, as long as this Plaintiff was authorized to represent the interests of all Plaintiffs and had authority to settle the matter for all Plaintiffs.

There are ten Plaintiffs in this matter, and they live in several different time zones in the United States and multiple countries, including the United Kingdom, Germany, and Colombia. This makes it difficult for all Plaintiffs to participate in a Settlement Conference at the same time. Along with the challenge of multiple times zones, just trying to coordinate the schedules of ten Plaintiffs, Defendant, and counsel (as well as a translator for Plaintiff Sandra Valencia) could potentially prove a significant obstacle. In order to avoid these issues and move forward with this case and the Settlement Conference in a timely and efficient manner, the Parties have discussed options and agree that allowing one Plaintiff to participate as a representative of the other Plaintiffs, and with authority to speak for them, is the best solution. The claims made by each Plaintiff are very similar (i.e., that their images were misused without permission, authority, or compensation in violation of state and Federal law) which reduces any problems that might otherwise arise from allowing one Plaintiff to represent all ten Plaintiffs. The Parties and their counsel have discussed this stipulation and agree that it is in the best interest of all Parties for the Court to allow this request. The Parties and their counsel further affirm that this stipulated request is made in good faith and not for any unfair or improper purpose.

### III.

### CONCLUSION

Based on the foregoing, the Parties hereby stipulate and agree to allow one Plaintiff to be appointed as a representative of all Plaintiffs and appear at the Settlement Conference in this matter on behalf of all Plaintiffs. The Plaintiff representative will have authority to speak for all Plaintiffs and agree to a settlement on behalf of all Plaintiffs. The Parties make this request pursuant to the Order of the Court stating that all Parties must appear at the Settlement

3

KRB/26483

Conference unless otherwise ordered by the Court. The Parties respectfully request that this Court grant the foregoing stipulation.

DATED this 26th day of February, 2020.

**ALVERSON TAYLOR & SANDERS**

*/s/ David M. Sexton*
KURT R. BONDS, ESQ.
DAVID M. SEXTON, ESQ.
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
*Attorneys for Plaintiffs*

DATED this 26th day of February 2020.

**COHEN JOHNSON**

*/s/ Kevin M. Johnson*
H. STAN JOHNSON, ESQ.
KEVIN M. JOHNSON, ESQ.
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
*Attorneys for Defendant*

## ORDER

Upon stipulation of counsel, and for good cause as outlined above, the Court grants the foregoing Stipulation and orders that one Plaintiff with authority to speak for and enter into a settlement agreement for all Plaintiffs be permitted to attend the Settlement Conference as a Plaintiff representative in place of all ten Plaintiffs being required to appear individually.

In accordance with the previous Order of this Court, the Plaintiffs' counsel shall contact Elvia Garcia, Courtroom Deputy for the undersigned Magistrate Judge, by 12:00 p.m. on March 11, 2021, at Elvia_Garcia@nvd.uscourts.gov, and provide the identity and email address for the Plaintiff representative who will be participating in the Settlement Conference.

**IT IS SO ORDERED.**

DATED: March 1, 2021

_____
UNITED STATES MAGISTRATE JUDGE

KRB/26483