**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ABIGAIL RATCHFORD, ARIANNY CELESTE LOPEZ, EVA PEPAJ, INA SCHNITZER a/k/a JORDAN CARVER, LUCY PINDER, RHIAN SUGDEN, SANDRA VALENCIA, DENISE MILANI a/k/a DENISE TRLICA, HILLARY HEPNER, and JESSICA HINTON a/k/a JESSA HINTON<br><br>Plaintiffs,<br><br>vs.<br><br>CVSM LLC d/b/a CENTERFOLDS CABARET<br><br>Defendant. | Case No. 2:19-cv-01926-GMN-EJY<br><br>**CONSENT JUDGMENT** |

COME NOW, Plaintiffs, by and through their counsel of record, David M. Sexton, Esq. of the law firm Alverson Taylor & Sanders, and Defendant, by and through their counsel of record Kevin M. Johnson, Esq. of the firm Cohen Johnson, and respectfully submit the following stipulated Consent Judgment in favor of Plaintiffs Hillary Hepner and Denise Milani a/k/a Denise Trlica.

1  KRB/26483

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

The Parties hereby stipulate and agree to the entry of a judgment in favor of Plaintiff Hillary Hepner and against Defendant CVSM LLC d/b/a Centerfolds Cabaret for the unauthorized use of Ms. Hepner's image posted on Defendant's Facebook page on December 7, 2015. The Parties agree that the judgment entered in favor of Ms. Hepner and against Defendant shall be in the amount of $30,000.

The Parties also stipulate and agree to the entry of a judgment in favor of Plaintiff Denise Milani a/k/a Denise Trlica and against Defendant CVSM LLC d/b/a Centerfolds Cabaret for the unauthorized use of Ms. Milani's image posted on Defendant's Facebook page on November 3, 2015. The Parties agree that the judgment entered in favor of Ms. Hepner and against Defendant shall be in the amount of $60,000.

The Parties agree that the total judgment entered against Defendant in favor of Ms. Hepner and Ms. Milani shall by $90,000.

The Parties agree that all Parties are to bear their own fees and costs related to this case.

**IT IS SO STIPULATED.**

DATED this 13th day of May 2021.                    DATED this 13th day of May 2021.

**ALVERSON TAYLOR & SANDERS**                        **COHEN JOHNSON**

*/s/ David M. Sexton*                                */s/ Kevin M. Johnson*
KURT R. BONDS, ESQ.                                  H. STAN JOHNSON, ESQ.
DAVID M. SEXTON, ESQ.                                KEVIN M. JOHNSON, ESQ.
6605 Grand Montecito Parkway, Suite 200              375 E. Warm Springs Road, Suite 104
Las Vegas, NV 89149                                  Las Vegas, Nevada 89119
*Attorneys for Plaintiffs*                           *Attorneys for Defendant*

/ / /

/ / /

2                                          KRB/26483

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

**JUDGMENT**

Upon stipulation of the Parties, and for good cause as outlined above:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that Plaintiff Hillary Hepner and Plaintiff Denise Milani a/k/a Trlica, are entitled to be paid, and that judgment shall be entered in favor of Ms. Hepner and Ms. Milani against Defendant CVSM LLC d/b/a Centerfolds Cabaret as follows:

  a) In the amount of $30,000 for the unauthorized use of Ms. Hepner's image posted on Defendant's Facebook page on December 7, 2015.

  b) In the amount of $60,000 for the unauthorized use of Ms. Milani's image posted on Defendant's Facebook page on November 3, 2015.

The total combined judgment entered against Defendant CVSM LLC d/b/a Centerfolds Cabaret is $90,000 in favor of Ms. Hepner and Ms. Milani as outlined above.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all Parties are to bear their own fees and costs associated with this case.

**IT IS SO ORDERED.**

Dated this  14  day of May, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT